UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LAUER, MICHAEL E | § | Case No. 11-83328 |
| LAUER, KRISTAN K | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/06/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 06/28/2012     By: /s/BERNARD J. NATALE
                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| In re: LAUER, MICHAEL E | § | Case No. 11-83328 |
|---|---|---|
| LAUER, KRISTAN K | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,500.00 |
| *and approved disbursements of* | $ | 127.76 |
| *leaving a balance on hand of* [1] | $ | 7,372.24 |
| **Balance on hand:** | $ | 7,372.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,372.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,878.75 | 0.00 | 2,878.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 49.70 | 0.00 | 49.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,428.45 |
| Remaining balance: | $ | 2,943.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 2,943.79 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 2,943.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,742.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,217.14 | 0.00 | 593.73 |
| 2 | FIA CARD SERVICES, N.A. | 16,896.58 | 0.00 | 1,220.85 |
| 3 | Wells Fargo Bank, N.A. | 2,403.38 | 0.00 | 173.65 |
| 4 | American Express Bank, FSB | 10,930.70 | 0.00 | 789.79 |
| 5 | National Western Life Insurance | 2,294.26 | 0.00 | 165.77 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 2,943.79 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-83328-MB
Michael E Lauer                                                           Chapter 7
Kristan K Lauer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ccabrales           Page 1 of 3              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2012.
```
db/jdb       #+Michael E Lauer,   Kristan K Lauer,   13491 E Bethel Rd,   Rochelle, IL 61068-4517
17599444     +American Express,   Box 0001,   Los Angeles, CA 90096-8000
18535788      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17599445     +Bank Of America,   PO Box 26012,   Greensboro, NC 27420-6012
17599446     +Byron Bank,   200 N Walnut,   Byron, IL 61010-8803
17599448     +Capital One, N.a.,   PO Box 30285,   Salt Lake City, UT 84130-0285
17599449     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17599450     +Citibank Sd, Na,   PO Box 20507,   Kansas City, MO 64195-0507
17599451     +Citicard,   PO Box 6235,   Sioux Falls, SD 57117-6235
18459584      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17599457     +HSBC/Menards,   PO Box 5219,   Carol Stream, IL 60197-5219
17599458     +Law Office of David N. Holstead,   5100 SW 10th Avenue Suite 202,   Topeka, KS 66604-2094
17599459     +Lee County Treasurer,   PO Box 328,   Dixon, IL 61021-0328
17599461     +Nationwide Credit, Inc,   PO Box 26314,   Lehigh Valley, PA 18002-6314
17599462      Northland Group,   PO Box 3900905,   Minneapolis, MN 55439
17599463     +Northwest Bank,   PO Box 1060,   Rockford, IL 61105-1060
17599464     +Ogle County Treasurer,   PO Box 40,   Oregon, IL 61061-0040
17599465     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
17599466     +State Bank of Pearl CIty,   215 S Main,   Pearl City, IL 61062-9220
17599467     +Stillman Bank,   101 E Main St,   Stillman Valley, IL 61084-9027
17599470    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank/na Nd,   PO Box 5229,   Cincinnati, OH 45201)
17599471     +Wells Fargo,   PO Box 54348,   Los Angeles, CA 90054-0348
18487996     +Wells Fargo Bank, N.A.,   100 W Washington Street,   Phoenix, AZ 85003-1828
17599472     +Winnebago County Treasurer,   PO Box 1216,   Rockford, IL 61105-1216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17599453       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12    Discover Fin,   Po Box 8003,
                Hilliard, OH 43026
18373434       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12    Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17599454      +E-mail/Text: collections@hacu.org Jul 10 2012 01:20:00    Healthcare Assoc Cr Un,
                1151 E Warrenville Rd,   Naperville, IL 60563-9415
17599460      +E-mail/Text: solmara@globalnw.com Jul 10 2012 01:20:18    National Western Life Insurance,
                850 E Anderson Lane,   Austin, TX 78752-1602
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17599447*    +Byron Bank,   200 N Walnut,   Byron, IL 61010-8803
17599455*    +Healthcare Assoc Cr Un,   1151 E Warrenville Rd,   Naperville, IL 60563-9415
17599456*    +Healthcare Assoc Cr Un,   1151 E Warrenville Rd,   Naperville, IL 60563-9415
17599468*    +Stillman Bank,   101 E Main St,   Stillman Valley, IL 61084-9027
17599469*    +Stillman Bank,   101 E Main St,   Stillman Valley, IL 61084-9027
17599452    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                    TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: ccabrales           Page 2 of 3              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**                            **Signature:**        /s/ Joseph Speetjens

```
District/off: 0752-3          User: ccabrales             Page 3 of 3                  Date Rcvd: Jul 09, 2012
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Dennis L Leahy    on behalf of Debtor Michael Lauer attyleahy@yahoo.com
              Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
              Matthew M. Hevrin    on behalf of Creditor  Byron Bank mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
              Stephen G Balsley    on behalf of Creditor  Stillman Bank sbalsley@bslbv.com
                                                                                             TOTAL: 8
```