# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LAUER, MICHAEL E § Case No. 11-83328
   LAUER, KRISTAN K § 
    §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $681,163.00 *(without deducting any secured claims)* | Assets Exempt: $343,500.00 |
| Total Distribution to Claimants: $2,943.79 | Claims Discharged Without Payment: $130,399.27 |
| Total Expenses of Administration: $4,556.21 | |

  3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $567,139.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,556.21 | 4,556.21 | 4,556.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 133,605.00 | 40,742.06 | 40,742.06 | 2,943.79 |
| **TOTAL DISBURSEMENTS** | $700,744.00 | $45,298.27 | $45,298.27 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on July 28, 2011. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013    By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 110 Oak Street, Holcomb, IL | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Northwest Bank | 4110-000 | 74,788.00 | N/A | N/A | 0.00 |
| NOTFILED | Stillman Bank | 4110-000 | 27,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 118,489.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank of Pearl CIty | 4110-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Assoc Cr Un | 4110-000 | 3,418.00 | N/A | N/A | 0.00 |
| NOTFILED | Stillman Bank | 4110-000 | 183,147.00 | N/A | N/A | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 89,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 62,109.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$567,139.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 49.70 | 49.70 | 49.70 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,878.75 | 2,878.75 | 2,878.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 17.76 | 17.76 | 17.76 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Kenzley Title Group Inc | 2500-000 | N/A | 85.00 | 85.00 | 85.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,556.21 | $4,556.21 | $4,556.21 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,109.00 | 8,217.14 | 8,217.14 | 593.73 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 16,846.00 | 16,896.58 | 16,896.58 | 1,220.85 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | 2,337.00 | 2,403.38 | 2,403.38 | 173.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | American Express Bank, FSB | 7100-000 | 11,417.00 | 10,930.70 | 10,930.70 | 789.79 |
| 5 | National Western Life Insurance | 7100-000 | 2,295.00 | 2,294.26 | 2,294.26 | 165.77 |
| NOTFILED | Nationwide Credit, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of David N. Holstead | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lee County Treasurer | 7100-000 | 3,362.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ogle County Treasurer | 7100-000 | 4,233.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 7100-000 | 1,739.00 | N/A | N/A | 0.00 |
| NOTFILED | Stillman Bank | 7100-000 | 790.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | 629.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 1,238.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Assoc Cr Un | 7100-000 | 9,357.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. | 7100-000 | 735.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicard | 7100-000 | 14,975.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,931.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 29,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Assoc Cr Un | 7100-000 | 7,504.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $133,605.00 | $40,742.06 | $40,742.06 | $2,943.79 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83328  
**Case Name:** LAUER, MICHAEL E  
LAUER, KRISTAN K  
**Period Ending:** 02/20/13  

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/28/11 (f)  
**§341(a) Meeting Date:** 09/01/11  
**Claims Bar Date:** 04/13/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 13491 E Bethel Rd, Rochelle, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 108 Oak Street, Holcomb, IL (should be 110) | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 422 Main Street, Steward, IL | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 225 Miriam St, Rockford, IL | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1105 2nd Drive South, Ashton, IL | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 110 Oak Street, Holcomb, IL | 15,000.00 | 17,000.00 | | 7,500.00 | FA |
| 7 | Cash on hand | 45.00 | 0.00 | DA | 0.00 | FA |
| 8 | Stillman Bank checking | 303.00 | 0.00 | DA | 0.00 | FA |
| 9 | Stillman Bank checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Stillman Bank checking | 13.00 | 0.00 | DA | 0.00 | FA |
| 11 | Stillman Bank checking | 9.00 | 0.00 | DA | 0.00 | FA |
| 12 | Stillman Bank savings Joint with grandchild | 1,509.00 | 0.00 | DA | 0.00 | FA |
| 13 | Stillman Bank savings Joint with grandchild | 1,509.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stillman Bank savings Joint with grandchild | 1,509.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stillman Bank savings Joint with grandchild | 568.00 | 215.00 | DA | 0.00 | FA |
| 16 | Stillman Bank savings Joint with grandchild | 100.00 | 100.00 | DA | 0.00 | FA |
| 17 | Stillman Bank savings Joint with grandchild | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | Stillman Bank savings Joint with grandchild | 66.00 | 66.00 | DA | 0.00 | FA |
| 19 | Stillman Bank savings Joint with grandchild | 66.00 | 66.00 | DA | 0.00 | FA |
| 20 | Stillman Bank savings Joint with grandchild | 66.00 | 66.00 | DA | 0.00 | FA |
| 21 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Wearing apparel | 700.00 | 0.00 | DA | 0.00 | FA |
| 23 | Jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 24 | Empire General Life Insurance Death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Empire General Life Insurance Death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | Annuity Debtor had a line of credit that was sec | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | 401K | 300,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83328  
**Case Name:** LAUER, MICHAEL E  
                LAUER, KRISTAN K  
**Period Ending:** 02/20/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/28/11 (f)  
**§341(a) Meeting Date:** 09/01/11  
**Claims Bar Date:** 04/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Lauer Retirement Planning, Inc. 100 shares | 200.00 | 0.00 | DA | 0.00 | FA |
| 29 | 2003 GMC Yukon 150,000 miles | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 30 | 2004 Chrysler Pacifica 125,000 miles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$696,163.00** | **$17,513.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    TRUSTEE TO SELL UNENCUMBERED REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):**   July 1, 2013     **Current Projected Date Of Final Report (TFR):**   June 28, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 11-83328 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** LAUER, MICHAEL E / LAUER, KRISTAN K | **Bank Name:** The Bank of New York Mellon |
| **Taxpayer ID #:** **-***6281 | **Account:** 9200-******05-66 - Checking Account |
| **Period Ending:** 02/20/13 | **Blanket Bond:** $606,000.00 (per case limit) |
| | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/12 | {6} | Robert W Dame & Cathie L Dame | Purchase of Property @ 110 Oak Street, Holcomb IL | 1110-000 | 9,500.00 | | 9,500.00 |
| 05/03/12 | {6} | Cathie Dame | Error in Check Written for Real Estate in Holcomb | 1110-000 | -9,405.00 | | 95.00 |
| 05/16/12 | {6} | Cathie L. Dame | Pymt on Property @ 110 Oak St, Holcomb IL | 1110-000 | 9,405.00 | | 9,500.00 |
| 05/21/12 | 101 | Kenzley Title Group Inc | File No: KO202850   Written Search | 2500-000 | | 85.00 | 9,415.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,390.00 |
| 06/04/12 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-83328, #016018067 | 2300-000 | | 17.76 | 9,372.24 |
| 06/14/12 | 103 {6} | Robert and/or Cathie Dame | Refund on Real Estate Per Order Entered on 6/13/12 | 1110-002 | -2,000.00 | | 7,372.24 |
| 08/07/12 | 104 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 5,872.24 |
| 08/07/12 | 105 | Discover Bank | Distribution paid   7.22% on $8,217.14; Claim# 1; Filed: $8,217.14; Reference: | 7100-000 | | 593.73 | 5,278.51 |
| 08/07/12 | 106 | FIA CARD SERVICES, N.A. | Distribution paid   7.22% on $16,896.58; Claim# 2; Filed: $16,896.58; Reference: | 7100-000 | | 1,220.85 | 4,057.66 |
| 08/07/12 | 107 | Wells Fargo Bank, N.A. | Distribution paid   7.22% on $2,403.38; Claim# 3; Filed: $2,403.38; Reference: | 7100-000 | | 173.65 | 3,884.01 |
| 08/07/12 | 108 | American Express Bank, FSB | Distribution paid   7.22% on $10,930.70; Claim# 4; Filed: $10,930.70; Reference: | 7100-000 | | 789.79 | 3,094.22 |
| 08/07/12 | 109 | National Western Life Insurance | Distribution paid   7.22% on $2,294.26; Claim# 5; Filed: $2,294.26; Reference: Stopped on 11/14/12 | 7100-004 | | 165.77 | 2,928.45 |
| 08/07/12 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,928.45 | 0.00 |
| | | | Dividend paid 100.00%   2,878.75 on $2,878.75;  Claim# ATTY; Filed: $2,878.75 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   49.70 on $49.70;  Claim# EXP; Filed: $49.70 | 3120-000 | | | 0.00 |
| 11/14/12 | 109 | National Western Life Insurance | Distribution paid   7.22% on $2,294.26; Claim# 5; Filed: $2,294.26; Reference: Stopped: check issued on 08/07/12 | 7100-004 | | -165.77 | 165.77 |
| 11/14/12 | 111 | National Western Life Insurance | Distribution paid 7.22% on $2,294.26; Claim #5; Filed: $2,294.26; Reference Agent # 55511 | 7100-000 | | 165.77 | 0.00 |

Subtotals :   $7,500.00   $7,500.00

{} Asset reference(s)                                                                                                 Printed: 02/20/2013 08:30 AM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-83328  
**Case Name:** LAUER, MICHAEL E  
LAUER, KRISTAN K  
**Taxpayer ID #:** **-***6281  
**Period Ending:** 02/20/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,500.00 | $7,500.00 | |

```
Net Receipts :              7,500.00
Less Other Noncompensable Items :  -2,000.00
                            _____
Net Estate :               $9,500.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******05-66 | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)

Printed: 02/20/2013 08:30 AM   V.13.11